UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-3699-MWF(RAOx)**                                  Date: November 6, 2023

Title   **Myron Hale v. Fingerhut, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 10, 2023, Plaintiff Myron Hale filed a Notice of Dismissal. (Docket No. 21).  On October 16, 2023, the Clerk issued a Notice of Deficiencies regarding the Notice of Dismissal, stating that an Answer had been filed and dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was not applicable.  (Docket No. 22).  On October 17, 2023, the Court filed a Response to the Notice of Deficiencies and ordered the Notice of Dismissal stricken.  (Docket No. 24).

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** in writing by no later than **NOVEMBER 21, 2023** why this action should not be dismissed for lack of prosecution.  In response, the Court will accept a stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The stipulation may be prepared by Defendant Fingerhut, provided to Plaintiff for approval, and filed on behalf of the parties.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Failure to respond to the Order to Show Cause will result in the dismissal of this action on **November 22, 2023**.

IT IS SO ORDERED.